**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM AULTMAN,<br>　　Petitioner, | Case No. 1:20-cv-416 |
| vs. | Barrett, J.<br>Litkovitz, M.J. |
| WARDEN TIM SHOOP,<br>　　Respondent. | **ORDER** |

　　Petitioner, an inmate in state custody at the Chillicothe Correctional Institution in Chillicothe, Ohio, has filed, through counsel, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). It appears that petitioner has paid the required filing fee.

　　Petitioner is challenging his convictions and sentence by the state court located in Champaign County, Ohio. (*See* Doc. 1, at PageID 4). This Court has jurisdiction to review the petition because petitioner was convicted within Ohio's southern federal judicial district. *See* 28 U.S.C. § 2241(d). However, Local Rule 82.1 provides: "A habeas corpus action shall be filed at the location of Court that serves the county in which the state-court judgment that is the subject of the habeas petition was filed." *See* S.D. Ohio Civ. R. 82.1(f). Local Rule 82.1(b) further provides that the Dayton location of this Court serves Champaign County, where petitioner's challenged convictions were obtained.

　　Accordingly, pursuant to Local Rule 82.1(b) and (f), the Clerk of Court is hereby **DIRECTED TO TRANSFER** this case to the Dayton location of this Court for all further proceedings.

　　**IT IS SO ORDERED.**

Date: May 27, 2020

　　　　　　　　　　　　　　　　　　　　*Karen L. Litkovitz*
　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge